# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 15, 2024

## Notice

Mr. Matthew B. Kall
Office of the U.S. Attorney
801 W. Superior Avenue, Suite 400
Cleveland, OH 44113

Ms. Lori Beth Riga
Federal Public Defender's Office
1660 W. Second Street, Suite 750
Cleveland, OH 44113

Re: No. 23-3905
*USA v. Randall Hines*

Dear Counsel:

The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Thursday, December 12, 2024**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

Sincerely yours,

s/Robin L. Johnson
Calendar Deputy